# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5016**                                    **September Term, 2006**

06cv02192

**Filed On: July 13, 2007** [1053566]

Jouko M. Hilska,
      Appellant

    v.

William K. Suter, Clerk of the U.S. Supreme Court, et al.,
      Appellees

> **MANDATE**
> Pursuant to the provisions of Fed. R. App.Pro.41(a)
> ISSUED:    9/5/07
> BY: _____ Deputy Clerk
> ATTACHED: ___ Amending Order
>           ___ Opinion
>           ___ Order on Costs

**BEFORE:**    Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## O R D E R

    Upon consideration of the court's order to show cause filed May 9, 2007, why the appeal should not be dismissed for lack of prosecution, and the response thereto, it is

    **ORDERED** that the order to show cause be discharged.  It is

    **FURTHER ORDERED**, on the court's own motion, that the district court's order filed December 19, 2006, be summarily affirmed.  Appellant's response to the order to show cause has placed the merits of this appeal before the court.  Because the appropriate disposition is so clear, summary action is warranted.  <u>See</u> <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  The district court properly concluded that it lacked authority over officials of the United States Supreme Court, <u>see</u> <u>In re Marin</u>, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam), and that appellees enjoyed absolute immunity for their acts taken in furtherance of the judicial operations of the Court.  <u>See</u> <u>Sindram v. Suda</u>, 986 F.2d 1459, 1461 (D.C. Cir.1993) (per curiam).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk
